**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NATIONAL SPECIALTY INSURANCE COMPANY, GEMINI INSURANCE COMPANY, JWB LOGISTICS CORP., TMD LOGISTICS CORP., and T.B. CHOYA EXPRESS, INC.<br><br>    Plaintiffs,<br><br>    v.<br><br>TUNKHANNOCK AUTO MART, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 3:16-CV-00268<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 12th day of May, 2017, **IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Defendant Tunkhannock Auto Mart, Inc. (Doc. 27) is **DENIED**.

                                                      /s/ A. Richard Caputo
                                                      A. Richard Caputo
                                                      United States District Judge