# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL SPECIALTY INSURANCE COMPANY, GEMINI INSURANCE COMPANY, JWB LOGISTICS CORP., TMD LOGISTICS CORP., and T.B. CHOYA EXPRESS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TUNKHANNOCK AUTO MART, INC., <br><br> Defendant, Third Party Plaintiff, <br><br> v. <br><br> JESSE L. PREBOLA, THOMAS W. PUNKO, et al., <br><br> Third-Party Defendants. | CIVIL ACTION NO. 3:16-CV-00268 <br><br> (JUDGE CAPUTO) |

## ORDER

**NOW**, this 15th day of December, 2017, **IT IS HEREBY ORDERED** that:

(1) The Motion to Dismiss Defendant Tunkhannock Auto Mart, Inc.'s Third-Party Complaint (Doc. 41) filed by Third-Party Defendant Thomas W. Punko is **GRANTED**.

(2) Defendant Tunkhannock Auto Mart, Inc.'s Third-Party Complaint is **DISMISSED** in its entirety **without prejudice**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge