**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NATIONAL SPECIALTY INSURANCE COMPANY, GEMINI INSURANCE COMPANY, JWB LOGISTICS CORP., TMD LOGISTICS CORP., and T.B. CHOYA EXPRESS, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> TUNKHANNOCK AUTO MART, INC., <br><br>  Defendant. | CIVIL ACTION NO. 3:16-CV-00268 <br><br> (JUDGE CAPUTO) |

## ORDER

**NOW**, this 16th day of May, 2018, **IT IS HEREBY ORDERED** that**:**

(1) The Motion for Summary Judgment filed by Defendant Tunkhannock Auto Mart, Inc. (*Doc. 52*) is **GRANTED**.

(2) Judgment is **ENTERED IN FAVOR** of Tunkhannock Auto Mart, Inc., and **AGAINST** Plaintiffs National Specialty Insurance Company, Gemini Insurance Company, JWB Logistics Corporation, TMD Logistics Corporation, and T.B. Choya Express, Inc.

(3) The Clerk of Court is directed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge